IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BRENDA PAIXAO**                                                                            **PLAINTIFF**

**V.**                                                                                         **NO: 4:23CV047-GHD-JMV**

**CITY OF GREENWOOD; COUNTY OF
LEFLORE; GREENWOOD POLICE
DEPARTMENT; a municipal Law
enforcement agency organized and operated in
the Northern District of Mississippi; OFFICER
DAVID LAYTON, In His Individual and
Official Capacity; OFFICER JODY
BRADLEY, In His Individual and Official
Capacity; LEFLORE COUNTY ASSISTANT
DISTRICT ATTORNEY TIMOTHY JONES,
In His Individual and Official Capacity;
FLOYD MELTON, JR., In His Individual and
Official Capacity; THE ESTATE OF
BRENDA B. FLOWERS, In Her Individual
and Official Capacity; CLAIRE FLOWERS
WILLIAMS, In Her Individual and Official
Capacity; SANDRA KAY HAYES, In Her
Individual and Official Capacity;
TRUSTMARK BANK, A Financial Institute in
the Northern District of Mississippi; and JON
BARNWELL, In His Individual and Official
Capacity**                                               **DEFENDANTS**

## ORDER

Pursuant to multiple opinions issued this day, it is HEREBY ORDERED that:

(1) Defendant Claire Flowers Williams' Motion to Dismiss [16] is GRANTED;

(2) Defendant Jon Barnwell's Motion to Dismiss [17] is GRANTED;

(3) Defendants Bradley, City of Greenwood, Greenwood Police Department, and Layton's Motion to Dismiss [22] is GRANTED;

(4) Defendant Trustmark National Bank's Motion to Dismiss [24] is GRANTED;

(5) Defendant Timothy Jones' Motion to Dismiss [27] is GRANTED;

(6) Defendant Floyd Melton Jr.'s Motion to Dismiss [31] is GRANTED;

(7) The Court declines to exercise supplemental jurisdiction over the remaining claims and defendants as discussed in the Opinion concerning Defendant Melton's Motion to Dismiss

(8) Thus, Plaintiff's remaining state law claims are dismissed so that a state court of competent jurisdiction may resolve them.

As all claims against each Defendant have been DISMISSED, this case is CLOSED.

SO ORDERED AND ADJDUGED, this the 2nd day of January, 2024.

_____
SENIOR U.S. DISTRICT JUDGE